THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C10-152-JCC |
| Petitioner, | ORDER |
| v. | |
| FLORENTINA VIDICAN, | |
| Respondent. | |

This matter comes before the Court on Respondent's "Motion for Reconsideration; Motion for Appointment of Competent Counsel; Motion to Dismiss for Lack of Jurisdiction; Motion to Dismiss for Failure to State a Claim upon Which Relief May Be Granted; Motion for Damages; Motion for Return of Money(s) Paid" (Dkt. No. 10), Petitioner's Reply (Dkt. No. 11), Petitioner's Erratum (Dkt. No. 12), and Respondent's Response. (Dkt. No. 13.) Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby DENIES the motion for the reasons explained herein.

I.    BACKGROUND

Ms. Vidican did not respond to an IRS summons issued on June 19, 2009, which directed her to appear before IRS Revenue Officer Curtis E. Rowe on July, 8, 2009. (Dkt. No. 1 at 2; Dkt. No. 11 at 2.) Consequently, the U.S. government filed a petition with the Court to

ORDER
PAGE - 1

1   judicially enforce the summons in accord with provisions of the Internal Revenue Code, 26

2   U.S.C. §§ 7402(b) and 7604(a). (Dkt. No. 1.) Ms. Vidican has filed several motions in

3   response.

4   **II.      DISCUSSION**

5           Despite the multiple issues Defendant raises in the caption to her motion, she articulates

6   no coherent facts or law to support them. (Mot. (Dkt. No. 10.) The Defendant remedies this

7   omission in her reply brief by introducing new facts and law. (Dkt. No. 13.) But the Court need

8   not consider arguments introduced for the first time in a reply brief. *See Zamani v. Carnes*, 491

9   F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the

10  first time in a reply brief."); *also see Koerner v. Grigas*, 328 F.3d 1039, 1048 (9th Cir. 2003).

11          With no basis to grant Ms. Vidican's requests, her motion is DENIED.

12  **III.     CONCLUSION**

13          For the foregoing reasons, Defendant's "Motion for Reconsideration; Motion for

14  Appointment of Competent Counsel; Motion to Dismiss for Lack of Jurisdiction; Motion to

15  Dismiss for Failure to State a Claim upon Which Relief May Be Granted; Motion for

16  Damages; Motion for Return of Money(s) Paid" is DENIED. (Dkt. No. 10.)

17          DATED this 10th day of March, 2010.

18

19

20  _____

21          Honorable John C. Coughenour
            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

ORDER
PAGE - 2